# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

V.

**BENITO GRULLON, a/k/a "Benny"**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1731-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 30, 2003** in **Essex** county, in the District of **Massachusetts**, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am a(n) __Drug Enforcement Administration__ and that this complaint is based on the following facts:
Official Title

**See Attached Affidavit of SA JEAN DROUIN**

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

Signature of Complainant
**JEAN DROUIN**
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

**May 1, 2004** at _____, Massachusetts
Date                                                         City and State

**CHARLES B. SWARTWOOD, III**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer

Signature of Judicial Officer