# United States District Court
## FOR THE
### DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 MAY -5 A 10: 10

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

vs.

BENITO GRULLON

No. 04-1731 CBS

Mr. CLERK:

Enter my appearance as counsel for the defendant in the above-entitled case.

Dated at

on   4th day of May   ,19 2004

RONALD IAN SEGAL

Address 23 Central Ave. Suite 605
Lynn, MA  01901

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Assented to Motion For Continuance of Detention Hearing, by mailing same, by FEDERAL EXPRESS, PRIORITY OVERNIGHT, to Assistant United States Attorney Robert Peabody, Esquire, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 4th day of May, 2004.

_____
RONALD IAN SEGAL