UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br> v. )<br> )<br>BENITO GRULLON, )<br>a/k/a "Benny", )<br> Defendant, ) | **CRIMINAL ACTION<br>NO. 04-1731-CBS** |

**MEMORANDUM OF PROBABLE CAUSE AND
ORDER ON THE GOVERNMENT'S MOTION FOR DETENTION**
**May 12, 2004**

**SWARTWOOD, M.J.**

I.  Nature of the Offense and the Government's Motion

On May 1, 2004, a Criminal Complaint was filed charging Benito Grullon ("Mr. Grullon"), with possession with intent to distribute and distribution of cocaine, in violation of 21 U.S.C. §841(a)(1).

At Mr. Grullon's initial appearance on May 3, 2004, he was advised of his right to a preliminary examination in accordance with Fed. R. Crim. P. 5.1 and the Government moved for a detention hearing in accordance with 18 U.S.C. §§3142 (f)(1)(C)(Mr. Grullon is charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the "Controlled Substances Act") and (f)(2)(A)(risk of flight).

A consolidated probable cause/detention hearing was commenced on May 10, 2004 and concluded on May 11, 2004. At that hearing, Stephen Edwards, a Cambridge, Massachusetts Police Officer and a member of a Drug Enforcement Administration Task Force, testified on behalf of the Government and was cross-examined by Mr. Grullon's counsel.

## II.   Findings of Fact

On July 30, 2003, Mr. Grullon sold 120.7 grams of cocaine to a confidential source ("CS") for $3,600. Law enforcement agents surveilling the place of the transaction saw Mr. Grullon arrive at the sale location and the actual transaction between Mr. Grullon and the CS were recorded and monitored as a result of the CS wearing a wire.

## III.   Probable Cause

Mr. Grullon was recorded and monitored selling 125 grams of cocaine to a CS for $3,600. The CS later identified Mr. Grullon to Police Officials as the person who sold him the cocaine. Therefore, I find that probable cause exists for the offense charged against Mr. Grullon in this Complaint.

## IV.   Detention

At the conclusion of the probable cause/detention hearing, I find that, although Mr. Grullon poses a danger to the community and a risk of flight, there are restrictive conditions which I could impose for his release which would prevent him from being a danger

to the community or a risk of flight and released him on those conditions.

>
> /s/Charles B. Swartwood, III
> CHARLES B. SWARTWOOD, III
> MAGISTRATE JUDGE