UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-1731-CBS

UNITED STATES OF AMERICA

vs.

BENITO GRULLON

## MOTION TO RELAX OR AMELIORATE TERMS OF DEFENDANT'S PRE-TRIAL RELEASE

NOW comes the defendant, by and through undersigned counsel and respectfully requests this Honorable Court relax or ameliorate the terms of his pre-trial release as follows:

1. Remove the condition of computer generated phone monitoring of curfew between the hours of midnight and 6:00 a.m.

2. All other conditions of the defendant's pre-trial release would remain unchanged.

In support hereof, the defendant says this request is made to afford him an opportunity to gain the necessary sleep. Currently the random phone calls frequently occur between the hours of 2:30 a.m. through 5:00 a.m. Once he is startled to awake, the

defendant finds it impossible to return to sleep. The defendant says his health is suffering the effects of nightly interrupted sleep. Lack of sleep is also causing him problems at work.

WHEREFORE, the defendant respectfully requests the Court allow the proposed relaxation of his conditions of pre-trial release.

Respectfully submitted,
BENITO GRULLON
By his attorney,

*Ronald Ian Segal*
RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA. 01901
(781) 599-2800

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, certify that I have forwarded a copy of the within A Motion To Relax or Ameliorate Terms Of Defendant's Pre-Trial Release, by delivering same, postage prepaid, to Assistant United States Attorney Robert Peabody, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA  02210 this 29th day of June, 2004.

*Ronald Ian Segal*
RONALD IAN SEGAL