UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-1731-CBS

UNITED STATES OF AMERICA

vs.

BENITO GRULLON

### MOTION TO ALTER TERMS OF DEFENDANT'S PRE-TRIAL RELEASE DUE TO CHANGE IN EMPLOYMNET

NOW comes the defendant, by and through undersigned counsel and respectfully requests this Honorable Court alter the terms of his pre-trial release as follows:

1. Remove the condition of curfew between the hours of 9:00 PM and 6:00 AM

2. All other conditions of the defendant's pre-trial release would remain unchanged.

In support hereof, the defendant says he has been laid off at his current place of employment. This request is made to afford him an opportunity to obtain gainful employment as required by his pre-trial release. The defendant has applied for and has

secured employment at Wallmart located on Route 114 in Danvers, Massachusetts. As probation is aware, the defendant attended a training program at Wallmart this week during the day. The defendant says his employment now hinges upon his ability to work third shift, **10:00 PM to 7:00 AM beginning this evening**.

Furthermore, On August 25, 2004 Counsel's secretary communicated this request to the defendant's release supervisor, Joshua Ulrich, who, at the time was on vacation, via the substitute supervisor, John Riley. Mr. Riley stated that Pre-trial Services had no objection to Mr. Grullon's third shift employment.

WHEREFORE, the defendant respectfully requests the Court allow the proposed relaxation of his conditions of pre-trial release.

                                        Respectfully submitted,
                                        BENITO GRULLON
                                        By his attorney,

                                        */s/ Ronald Ian Segal*
                                        RONALD IAN SEGAL
                                        23 Central Avenue
                                        Suite 605
                                        Lynn, MA. 01901
                                        (781) 599-2800

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, certify that I have forwarded a copy of the within A Motion To Alter Terms Of Defendant's Pre-Trial Release Due To Employment, by FAXING same, to Assistant United States Attorney Robert Peabody, United States Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210 this 17th day of September, 2004.

*Ronald Ian Segal*
RONALD IAN SEGAL